JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, AND SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br> Plaintiffs, <br><br> v. <br><br> AMEZCUA LOADING SERVICE, INC., a California corporation doing business as "AMEZCUA LOADER SERVICE," <br><br> Defendant. | Case No. 5:22-cv-01035-MCS-SHK <br><br> **JUDGMENT** |

///

///

///

1

1  In accordance with this Court's order granting default judgment, it is hereby ordered, adjudged, and decreed that Plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund shall recover from Defendant Amezcua Loading Service Inc., a California Corporation doing business as "Amezcua Loader Service," unpaid fringe benefit contributions of $51,938.00, liquidated damages of $5,193.80, prejudgment interest of $2,113.49, attorneys' fees of $20,453.00, costs of $492.00, and post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full. This judgment is effective nunc pro tunc to January 9, 2023.

**IT IS SO ORDERED.**

Dated: January 25, 2023

*(signature)*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE